E-FILED
Friday, 27 April, 2007 02:48:21 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 07-3031 |
| | ) | |
| RICHARD and PAMELA BUMGARDNER, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

**JEANNE E. SCOTT**, U.S. District Judge:

This cause is before the Court on Plaintiff's Motion for Default Judgment (d/e 8). Pursuant to Federal Rule of Civil Procedure 55 and the Standing Order of this Court dated October 16, 1985, the United States Magistrate Judge entered an Order of Default (d/e 7) against Defendant. The Court has reviewed the file and concurs with the United States Magistrate Judge's findings that Plaintiff duly filed and served its Complaint upon Defendants RICHARD and PAMELA BUMGARDNER, and that Defendants have failed to answer or otherwise plead within the statutory time frame. Accordingly, upon Plaintiff's Motion, the Court finds that

1

Plaintiff is entitled to a Default Judgment against Defendants.

THEREFORE, Plaintiff's Motion for Entry of Default Judgment (d/e 8) is **ALLOWED**. Plaintiff is hereby awarded a Default Judgment against Defendants as follows:

Judgment is hereby entered in favor of Plaintiff and against Defendants in the amount of $6,756.70 (comprising of $6,177.41 principal, $229.29 agency accumulated interest, plus $350.00 court costs), together with additional interest at the rate of 5.125% from December 6, 2006, until the date of this Judgment (i.e., $1.30060 per day), and with future costs and interest from the date of Judgment at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full.

IT IS THEREFORE SO ORDERED.

ENTER:      April 27     , 2007.

       FOR THE COURT:

                                      s/Jeanne E. Scott
                                      JEANNE E. SCOTT
                           UNITED STATE DISTRICT JUDGE